760

nied. *Harry Friedman* for petitioner. *Paul J. Sedgwick* for respondent.

No. 135. JACKSON SECURITIES & INVESTMENT CO. *v.* PRUDENTIAL INSURANCE CO. Certiorari denied. *Crampton Harris* for petitioner. *Francis H. Hare* for respondent.

No. 136. TEXAS & PACIFIC RAILWAY CO. ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL.; and

No. 137. ADAMS ET AL. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL. Certiorari denied. *J. T. Suggs, M. E. Clinton, Esmond Phelps, Frank H. Peterman, H. Payne Breazeale, Thomas T. Railey, Murray Hudson* and *Fred G. Hudson, Jr.* for Thompson, Trustee, petitioner in No. 136. *Fred G. Benton* for petitioners in No. 137. *Kemble K. Kennedy* for respondents.

No. 139. ESTIN *v.* ESTIN. Certiorari denied. *James G. Purdy* and *Abraham J. Nydick* for petitioner. *Joseph N. Schultz* for respondent.

No. 140. DISTRICT OF COLUMBIA *v.* JOHNSON & WIMSATT, INC. Certiorari denied. *Vernon E. West, Chester H. Gray* and *Harry L. Walker* for petitioner. *Jo V. Morgan* for respondent.

No. 141. DISTRICT OF COLUMBIA *v.* H. D. LEE CO. Certiorari denied. *Vernon E. West, Chester H. Gray* and *George C. Updegraff* for petitioner.